UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY KALLIANIOTIS,

                Plaintiff,

-against-

JO ANNE B. BARNHART,

                Defendant.
------------------------------------------------------------X

JUDGMENT
04-CV-4407 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 29, 2005 ★

P.M. _____
TIME A.M. _____

An Order of Honorable David G. Trager, United States District Judge, having been filed on August 23, 2005, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and a new decision; it is

ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and a new decision.

Dated: Brooklyn, New York
        August 25, 2005

ROBERT C. HEINEMANN
Clerk of Court

By:   s/Terry Vaughn
TERRY VAUGHN
Chief Deputy Clerk
for Operations